# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HARRY GARDNER and MEREDITH GARDNER,

    Plaintiffs,

v.                                       Case No: 6:14-cv-508-Orl-18DAB

FORD MOTOR COMPANY,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on Defendant Ford Motor Company's ("Ford") Proposed Bill of Costs (Doc. 130) and Plaintiffs Harry and Meredith Gardner's ("the Gardners") Response and Objections to Defendant Ford Motor Company's Bill of Costs Against Plaintiffs (the "Motion") (Doc. 132), which the Court referred to United States Magistrate Judge David A. Baker for a report and recommendation. On December 10, 2015, Judge Baker issued his Report and Recommendation (Doc. 136), recommending that the Motion be granted in part and denied in part. No objections were filed. Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 136) is **APPROVED** and **ADOPTED**.

2. Plaintiffs Harry and Meredith Gardner's ("the Gardners") Response and Objections to Defendant Ford Motor Company's Bill of Costs Against Plaintiffs is **GRANTED in part and DENIED in part**. Ford is **TAXED COSTS** in the total amount of $12,123.72

**DONE** and **ORDERED** in Orlando, Florida on this __6__ day of January, 2016.

                                                                    G. KENDALL SHARP
                                                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record