**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HARRY GARDNER and MEREDITH GARDNER,

    Plaintiffs,

v.   Case No: 6:14-cv-508-Orl-18DAB

FORD MOTOR COMPANY,

    Defendant.

_____

## ORDER

THIS CAUSE comes for consideration on Defendant Ford Motor Company's ("Ford") Renewed Motion for Attorney's Fees Against Plaintiffs (the "Motion") (Doc. 131), which the Court referred to United States Magistrate Judge David A. Baker for a report and recommendation. On December 11, 2015, Judge Baker issued his Report and Recommendation (Doc. 137), recommending that the Motion be denied. Ford filed their Objection (Doc. 138) to the Report and Recommendation, and Plaintiffs, Harry and Meredith Gardner, filed a response (Doc. 139) to Ford's Objection. Having reviewed the Report and Recommendation, the Objection, and the Response, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 137) is **APPROVED** and **ADOPTED**.

2. Defendant Ford Motor Company's Renewed Motion for Attorney's Fees Against Plaintiffs (Doc. 131) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on this ____ day of January, 2016.

                    G. KENDALL SHARP
                    SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record